# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FARM CREDIT SERVICES OF AMERICA, FLCA, | 8:19CV472 |
| Plaintiff, | |
| v. | ORDER |
| NANCY SCHROEDER, | |
| Defendant. | |

This matter is before the Court on plaintiff's Motion to Release Cash Bond (Filing No. 15). The parties filed a Stipulation of Dismissal (Filing No. 14) on May 18, 2020, and the case was dismissed with prejudice on May 19, 2020. Accordingly, this matter has been resolved and the bond should be released.

IT IS ORDERED:

1. The Motion to Release Cash Bond (Filing No. 15) is granted.
2. The Clerk of Court is directed to release the bond posted by plaintiff Farm Credit Services of America, FLCA, for immediate return to:

   Baird Holm Law Firm
   1700 Farnam Street, Suite 1500
   Omaha, NE 68102-2068

Dated this 29th day of April 2021.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge